United States District Court
Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9
10   GARY DALE BARGER,
     aka GARY FISHER,                    Case No. 14-cv-02747-WHO (PR)
11
              Plaintiff,
12                                       **ORDER OF TRANSFER**
         v.
13
     CDCR'S ADA COORDINATORS, and
14   VENTURA COUNTY RECORDS,
15            Defendants.
16
17
18       This federal civil rights action is hereby TRANSFERRED to the Central District of
19   California wherein venue properly lies because a substantial part of the events or
20   omissions giving rise to the claims occurred, and the defendants named reside, in Ventura
21   County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).
22   The Clerk shall transfer this action forthwith.
23       **IT IS SO ORDERED.**
24   **Dated:** June 16, 2014
25                                        
                                          _____
26                                        WILLIAM H. ORRICK
                                          United States District Judge
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

  v.

CDCR's ADA COORDINATORS, et al,

        Defendant.
_____/

Case Number: CV14-02747 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Dale Barger F85263
Wasco State Prison B-3-206L
P.O. Box 5500
Wasco, CA 93280

Dated: June 16, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk